

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00463-CR

| | | |
|---|---|---|
| Julio Ortiz Chavarria | § | From the 297th District Court |
| | § | of Tarrant County (1292614D) |
| v. | § | April 2, 2015 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there were clerical errors in the trial court's judgments.  The judgments for count one and count two are modified to delete the language "by threats and by placing in fear" from both judgments.  It is ordered that the judgments for counts one and two from the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
     Justice Anne Gardner